# Wisconsin Court of Appeals

## 2017 WI App 50

| | | | |
|---|---|---|---|
| State v. Sanders† | 2014AP002644 CR through 2014AP002646 CR | 06–06–2017 | Affirmed |
| JP Morgan Chase Bank v. Bach† | 2014AP002781 | 06–14–2017 | Affirmed |
| Jackson v. Jackson | 2015AP000561 | 06–01–2017 | Affirmed |
| State v. Hubanks† | 2015AP001265 | 06–06–2017 | Affirmed |
| Sears, Roebuck and Co. v. Bayshore Town Center, LLC | 2015AP001381 | 06–27–2017 | Affirmed in part, reversed in part |
| State v. Lott† | 2015AP001857 CR | 06–20–2017 | Affirmed |
| State v. JSpooner† | 2015AP002089 CR | 06–27–2017 | Affirmed |

† Petition to review filed.